IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AGALAR ALIEV | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:24-196 |
| | ) |
| MUNICIPAL EMPLOYEES CREDIT UNION OF BALTIMORE | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Agalar Aliev and Defendant Municipal Employees Credit Union of Baltimore, file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully state to the Court as follows:

There are no longer any issues in this matter between Plaintiff Agalar Aliev and Defendant Municipal Employees Credit Union of Baltimore to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Municipal Employees Credit Union of Baltimore which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

SO ORDERED on this 18th day of July 2024

_____
Claude M. Hilton
United States District Judge

Respectfully Submitted,

_____/s/ A. Hugo Blankingship, III_____
A. Hugo Blankingship, III VSB# 26424
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, Virginia 20191
Telephone (571) 313-0412
Facsimile (571) 313-0582
Email: hugo@blankingship.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Brian N. Casey Virginia State Bar No. 26710
Attorney for Municipal Employees Credit Union of Baltimore
Clarke, Dolph, Hull & Brunick, PLC
5712 Cleveland Street, Suite 130
Virginia Beach, VA 23462
Ph: 757 466-0464
Fax: 757 466-8242
bcasey@clarkedolph.com

_____/s/_____
A. Hugo Blankingship, III
Va. Bar Number 26424
Attorney for Agalar Aliev
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Ste. 201
Reston, Virginia 20191
Telephone: (571) 313-0412
Facsimile: (571) 313-0582
Email: hugo@blankingship.com